UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES M. WHORTON,

                 Plaintiff,                     Case No. 1:21-cv-12011

v.                                         Honorable Thomas L. Ludington
                                         United States District Judge

JAMES PETERSON and BARTKOWIAK,

                                         Honorable Elizabeth A. Stafford
               Defendants.          United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation (R&R) recommending that the undersigned grant Defendants' motion for summary judgment, ECF No. 20, and dismiss Plaintiff's Complaint without prejudice. ECF No. 26 at PageID.279.

Although the R&R states that Plaintiff could object to and seek review of the R&R within 14 days of service, Plaintiff did not file any objections. Therefore, he has waived his right to appeal Judge Stafford's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Stafford's Report and Recommendation, ECF No. 26, is **ADOPTED**. Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 20, is **GRANTED**. Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

Dated: November 21, 2022                s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge